UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN LEALAND HALE,

        Petitioner,

  v.

KENT REGIONAL JUSTICE CENTER,

        Respondent.

NO. C15-498-RSL

ORDER OF DISMISSAL

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court ADOPTS the Report and Recommendation.

2. Petitioner's habeas petition and this action are DISMISSED without prejudice for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B).

3. The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 7th day of July, 2015.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 1